AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Security National Insurance Company

JUDGMENT IN A CIVIL CASE

v.

McClintock & Turk, Inc.

CASE NUMBER: CV-09-315-RMP

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to  trial  before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that damages in the total amount of $3,287,714.31 be awarded to the plaintiff.

| | |
|---|---|
| June 20, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/Cindy Parks |
| | *(By) Deputy Clerk* |
| | Cindy Parks |